UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

v. Case No.: 2:25-cr-00227-KCD-NPM

REINALDO RODRIGUEZ CRESPO, YANICEL CRUZ-PILOTO,

Defendants,
______________________________/

**ORDER**

Pursuant to Fed. R. Crim. P. 36, and for the reasons stated on the record during the status conference on November 20, 2026, the Court enters the attached amended judgments to reflect the correct restitution amounts owed by each defendant.

**ORDERED** in Fort Myers, Florida on November 20, 2026.

Kyle C. Dudek
United States District Judge